

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00345-CV

**KB HOME LONE STAR INC.**,
Appellant

v.

Charles **GORDON** & Cynthia Gordon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21178
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

We REVERSE the trial court's denial of KB Home Lone Star Inc.'s motion to dismiss the motion for sanctions filed by Charles Gordon and Cynthia Gordon. On REMAND, the trial court is instructed to render an order granting the TCPA motion to dismiss and awarding KB Home Lone Star Inc. the court costs and reasonable attorney's fees it incurred in defending against the motion for sanctions. Appellees' motion for Rule 45 sanctions is DENIED.

We ORDER all costs of this appeal taxed against the appellees, Charles Gordon and Cynthia Gordon.

SIGNED May 5, 2021.

Luz Elena D. Chapa, Justice